UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV21-02596 JAK (MRWx) | Date | October 22, 2021 |
| Title | Francine Blain v. Automatic Funds Transfer Services, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE JS-6

Based on a review of the parties' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which was filed on the docket of the lead case CV 21-1567 (Dkt. 49), this action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

                                                                                     : 

Initials of Preparer    TJ